Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Jesus Sandoval

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SANDOVAL, | Case No.: CV 08-1990 PJW |
| Plaintiff, | AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to «Attorney_Name», as Plaintiff's assignee and subject to the reservation of rights, the amount of $1,350.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:     7/13/09

*Patrick J. Walsh*
_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ 𝕷𝖆𝖜𝖗𝖊𝖓𝖈𝖊 𝕯. 𝕽𝖔𝖍𝖑𝖋𝖎𝖓𝖌
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Jesus Sandoval

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26